Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
THOMAS G. LININGER (SBN 353277)
3638 American River Drive
Sacramento, California 95864
Telephone:   (916) 978-3434
Facsimile:   (916) 978-3430
mjaime@mathenysears.com

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

**ASHTON & PRICE, LLP**
Christopher A. Price, SBN 160142
8243 Greenback Lane
Fair Oaks, CA 95628
(916) 786-7787

Attorney for Plaintiff, IRMA AVALOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA AVALOS<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 25, inclusive,<br><br>Defendant. | Federal Case No. 2:24-cv-00515-JAM-CKD<br><br>**STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF IRMA AVALOS**<br><br>Sacramento County Case No. 23CV009491<br><br>[DIVERSITY JURISDICTION]<br><br>Complaint filed: October 4, 2023<br>Trial date: Not assigned. |

Plaintiff IRMA AVALOS ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant") agree and stipulate that Plaintiff shall submit to a physical examination pursuant to Federal Rules of Civil Procedure, Rule 35:

1.   A controversy exists regarding the physical condition of Plaintiff and good cause

1

*STIPULATION RE:  PHYSICAL EXAMINATION OF PLAINTIFF IRMA AVALOS*

exists for a physical examination of Plaintiff.

2. The examination will be conducted for the purpose of determining the nature and extent of Plaintiff's physical injuries.

3. The scope of the examination will be the physical injuries at issue in litigation, including, but not limited to, low back left shoulder, right sided sciatica, pain in hips to right leg.

4. The physical examination will be conducted by Kee Kim, M.D. —the independent medical exam physician retained by Defendant. Attached to this stipulation as **Exhibit A** is a true and correct copy of Dr. Kim's Curriculum Vitae setting forth his qualifications and background.

5. The date and time for the physical examination will be July 30, 2024, 9:00 a.m.

6. The location for the examination is: 3301 C Street #1500, Sacramento, CA.

7. Dr. Kim's contact information is: Cheryl Williams (541) 601-0091.

8. It is further stipulated that Defendant will be responsible for the fees associated with this examination.

9. However, Plaintiff agrees to reasonably comply with Dr. Kim's cancellation policy and must advise Defendant if she is unable to attend the examination at least 72 hours before the examination.

Dated: June 11, 2024         **ASHTON & PRICE, LLP**

By:/s/ *Christopher Price*
CHRISTOPHER PRICE, ESQ.
Attorney for Plaintiff IRMA AVALOS

Dated: June 11, 2024         **MATHENY SEARS LINKERT & JAIME LLP**

By: /s/ *Matthew C. Jaime*
MATTHEW C. JAIME, ESQ.
Attorney for Defendant COSTCO
WHOLESALE CORPORATION

*STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF IRMA AVALOS*

# ORDER

Pursuant to Plaintiff and Defendant's STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF IRMA AVALOS and for good cause shown, the above STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF IRMA AVALOS is accepted, adopted, and made the Order of the Court.

**IT IS SO ORDERED**.

Dated: July 16, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
aval24cv00515.stip.ime